# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINT MANAGEMENT TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>KATHY A. BARAN, Director of the California Service Center, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security;<br><br>KENNETH CUCCINELLI, Acting Director of U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security;<br><br>CHAD WOLF, Acting Secretary of Homeland Security, U.S. Department of Homeland Security;<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, U.S. Department of Homeland Security; and<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | No. 8:20-cv-00605-JAK-KES<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL (DKT. 72)**<br><br>**JS-6** |

Based on a review of the Joint Stipulation of Dismissal (the "Stipulation" (Dkt. 72)), sufficient good cause has been shown for the requested relief. Therefore, the

Stipulation is **APPROVED**. The action is dismissed without prejudice as against Defendants Kathy A. Baran, Kenneth Cuccinelli, Chad Wolf, United States Citizenship and Immigration Services, and United States Department of Homeland Security. The parties shall bear their own expenses, costs and attorney's fees with respect to this action.

**IT IS SO ORDERED.**

Dated: February 14, 2022

_____
John A. Kronstadt
United States District Judge